United States District Court
Southern District of Texas

PROB 12A
(5/00)

**ENTERED**
May 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

Report on Offender Under Supervision - No Court Action Required

Name of Offender:            Eric Swade Owen    Case Number: 6:03CR00025-S-001

Name of Sentencing Judge: The Honorable John D. Rainey

Date of Original Sentence:   February 2, 2004

Original Offense:            Possession of a Listed Chemical With the Intent to Manufacture Methamphetamine

Original Sentence:           150 months BOP, 3 years SRT

Type of Supervision:         Supervised Release    Supervision Started:  October 18, 2013

==================================================================

**EARLIER COURT ACTION**

None
==================================================================

NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number            Nature of Noncompliance

    1                       **Possession and Use of a Controlled Substance.**

On April 13, 2016, and April 21, 2016, Eric Swade Owen possessed and used amphetamines, a controlled substance not prescribed by a physician, as evidenced by urine specimens submitted by him on the above referenced dates, to United States Probation Officer Jeanie P. Oakes of the Western District of Texas - San Antonio Division. Each specimen tested positive for amphetamines through laboratory analysis. The possessions alleged above are in violation of 21 U.S.C. Section 844.

OWEN, Eric Swade
Case No. 6:03CR00025-001
Page 2

U.S. Probation Officer Action:

As a result of the above noted violation, the Probation Office is going to refer the defendant to inpatient drug treatment. Further, the defendant has an inpatient drug treatment condition and it is the first time that this condition will be used.

Approved:                                          Respectfully submitted:

*Sara Villarreal*                          by      *Rodrigo Perez*
Sara Villarreal, Supervising                       Rodrigo Perez
U.S. Probation Officer                             U.S. Probation Officer
                                                   April 27, 2016

OWEN, Eric Swade
Docket Number:   6:03CR00025-S-001
Page    3

---

[X]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:


_____
John D. Rainey
Senior United States District Judge

_____5/2/16_____
Date